## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 19CV61177

Plaintiff:
**KIRK DAVIS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**NATIONAL PLAN ADVISORS, NC., A/K/A AMERICAN HEALTH REFORM SOLUTIONS, LLC, A/K/A SYNERGY MARKETING ASSOCIATES, INC.**

For:
John P. Salas, Esq.
Salas Law Firm, P.A
8551 West Sunrise Boulevard
Suite 300
Plantation, FL 33322

Received by BRICKELL COURIER SERVICES INC on the 10th day of May, 2019 at 12:53 pm to be served on **NATIONAL PLAN ADVISORS, INC. C/O GARETH D. REES, PRESIDENT AND R/A, 3403 NW 9TH AVE, SUITE 805, OAKLAND PARK, FL 33309**.

I, RAMON SAIS, JR., being duly sworn, depose and say that on the **14th day of May, 2019** at **11:50 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons in a Civil Action, Civil Cover Sheet, and Collective Action Complaint** with the date and hour of service endorsed thereon by me, to: **JASON DOE** as **EMPLOYEE/ AGENT** for **NATIONAL PLAN ADVISORS, INC.**, at the address of: **3403 NW 9TH AVE, SUITE 805, OAKLAND PARK, FL 33309**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
5/14/2019  11:50 am  Attempted service at 3403 NW 9TH AVE, SUITE 805, OAKLAND PARK, FL 33309, Served Jason Doe employee agent who refused to give his last name The Registered Agent was not in.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: White, Height: 6'2", Weight: 240, Hair: Black, Glasses: N



## AFFIDAVIT OF SERVICE For 19CV61177

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served and have proper authority in the jurisdiction in which this service was made. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, to the best of my knowledge and belief F.S. 92.525 Verification of documents.

Subscribed and Sworn to before me on the 14th day of May, 2019 by the affiant who is personally known to me.

NOTARY PUBLIC

CHRIS YEOMAN
MY COMMISSION # FF 931116
EXPIRES: November 27, 2019
Bonded Thru Budget Notary Services

RAMON SAIS, JR.
SPS 324

BRICKELL COURIER SERVICES INC
P.O BOX 01-1310
MIAMI, FL 33101
(305) 350-3224

Our Job Serial Number: CIZ-2019006328

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n